UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK R. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV2436SNLJ' |
| | ) | |
| B. MARTIN and D. DARDEN, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM TO COURT FILE

This matter is before the Court *sua sponte*. There have been ongoing mail delivery problems in this lawsuit; i.e., mail from the *pro se* inmate plaintiff not being delivered to the *pro se* defendants, and mail from this Court not being delivered to the *pro se* defendants. Since the *pro se* defendants have listed only their work address, 7600 Hall St. (a jail facility commonly known as the "City Workhouse"), it is imperative that mail from the plaintiff and mail from this Court be timely delivered to the defendants. Having apprised administrators at the City Workhouse of this serious problem, the Court has now been informed that steps are being taken to ensure that all mail from the plaintiff and this Court, pertaining to this lawsuit, will be timely delivered to both defendants.

The Court is confident that this problem has been resolved and no further court intervention is necessary.

Dated this ___2nd___ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE